

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2019

No. 04-19-00181-CV

**IN RE BRUINGTON ENGINEERING LTD.**, Schlumberger Technology Corp., Schlumberger Services Inc., and Schlumberger Limited

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice
           Liza A. Rodriguez, Justice

On March 27, 2019, relators filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than April 15, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 28, 2019.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 7,767 and 8,310, styled *Pedernal Energy, L.L.C. v. Schlumberger Technology Corp., et al.* and *Pedernal Energy, L.L.C. v. Bruington Engineering, Ltd.* respectively, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.